

ENTERED
04/25/2019

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| **BARZAN HOSSEINI** | § | **CASE NO: 18-20177** |
| Debtor | § | |
| | § | **CHAPTER 13** |
| | § | |
| **ZEBA, LLC** | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | **ADVERSARY NO. 19-02001** |
| | § | |
| **BARZAN HOSSEINI** | § | |
| Defendant | § | |

## ORDER GRANTING PARTIAL SUMMARY JUDGMENT

For the reasons set forth in the Memorandum Opinion issued on this date, the counterclaim alleging violations of the co-debtor stay under 11 U.S.C. § 1301(a) is dismissed.

SIGNED **April 25, 2019.**

_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE